O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 04-01214 (A) DDP |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | ) | |
| | ) | |
| KHALED AHMED, | ) | [Motion filed on July 23, 2008] |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's motion requesting early termination of his supervised release. The Court has reviewed the motion. The motion is denied.

IT IS SO ORDERED.

Dated: August 21, 2008

　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　United States District Judge